IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS | ) | Case No. 07-10146 (PJW) |
| NETWORK USA, INC. | ) | |
| | ) | |
| Debtor | ) | **Related Docket No. 13** |

## ORDER AUTHORIZING THE DEBTOR TO (A) SELL LOANS THAT HAVE CLOSED AND BEEN FUNDED, (B) HONOR LOAN COMMITMENTS UPON WHICH THE DEBTOR CLOSED PREPETITION BUT WAS UNABLE TO FUND, AND (C) HONOR EXISTING OBLIGATIONS AND INCUR NEW OBLIGATIONS IN THE ORDINARY COURSE OF <u>ITS BUSINESS IN CONNECTION WITH THE SERVICING OF LOANS</u>

Upon consideration of the *Motion to for Order Authorizing the Debtor to (A) Sell Loans That Have Closed and Been Funded; (B) Honor Loan Commitments Upon Which the Debtor Closed Prepetition But Was Unable to Fund, and (C) Honor Existing Obligations and Incur New Obligations in the Ordinary Course of its Business in Connection With the Servicing of Loans* (the "Motion); it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having determined that the relief requested in the Motion is in the best interest of the Debtor, its estates and its creditors; and it further appearing that proper and adequate notice of the Motion was given and that no other or further notice is necessary; after due deliberation thereon, and good and sufficient cause appearing to grant the relief requested in the Motion; it is here ORDERED that

1. The Motion is GRANTED.

2. The Debtor is authorized to sell any loans that are collateral for Warehouse credit lines in the ordinary course of business in a manner consistent with the provisions of any agreements by and between the Debtor and a Warehouse Lender governing such sales, and industry practice.

3. The Debtor is authorized, in its discretion, to fund Outstanding Loan Commitments if it obtains the financing necessary to effectuate such funding.

4. The Debtor is authorized to pay amounts or honor liabilities accrued prepetition in the ordinary course of its loan servicing business as provided by the Motion.

5. The Debtor's banks are authorized to honor all wire transfers, checks and other forms of payment authorized by this Order.

6. The relief granted herein shall not constitute an approval or assumption of any commitment or executory contracts pursuant to section 365 of the Bankruptcy Code.

7. The Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

8. Notwithstanding language in certain of the Cease and Desist Orders that purports to prohibit the Debtor from authorizing or executing financial transactions in excess of $250,000 without first obtaining written approval from the applicable regulatory entity, the Debtor is authorized to act in accordance with the relief sought in the Motion and pursuant to the terms granted by this Order.

Dated: FEV 7, 2007

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge