IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MORTGAGE LENDERS NETWORK USA, INC.,[1]<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 07-10146 (PJW) |
| GUISEPPE CACCAMO and ROBIE-LYN HARNOIS<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MORTGAGE LENDERS NETWORK USA, INC.,<br><br>　　　　　　　　　　　Defendant. | Adversary Case No. 07-51415 (PJW) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE　　　)
　　　　　　　　　　　　) ss:
COUNTY OF NEW CASTLE　)

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Debtor/Defendant in the above-captioned action, and that on the 4th day of May, 2009 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**NOTICE OF FILING OF REVISED EXHIBITS TO:
JOINT MOTION OF PLAINTIFFS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE DEBTOR PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 TO (I) APPROVE A SETTLEMENT AGREEMENT PURSUANT**

---

[1] Debtor's EIN: XX-XXX7394
　Debtor's Address: 146 New Britain Avenue, Plainville, CT 06062-2019

TO BANKRUPTCY RULE 9019, (II) CERTIFY A CLASS CONSISTING
OF TWO SUBCLASSES OF WARN ACT CLAIMANTS FOR SETTLEMENT
PURPOSES ONLY, APPOINT CLASS COUNSEL, CLASS REPRESENTATIVES,
AND PRELIMINARILY APPROVE THE SETTLEMENT PURSUANT TO
BANKRUPTCY RULE 7023, (III) APPROVE THE FORM AND MANNER
OF NOTICE TO CLASS MEMBERS OF THE CLASS CERTIFICATION AND
SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL
APPROVAL OF THE SETTLEMENT AGREEMENT, (V) FINALLY APPROVE
THE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE
7023 AFTER THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF

_____
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 4TH day of May 2009

_____
Notary Public
Commission Exp.: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

58302-001\DOCS_DE:147176.1

MLN – Caccamo vs. MLN Service List.
Case No. 07-51415
Service List No. 130174
01 – Hand Delivery
02 – First Class Mail

*Hand Delivery*
*(counsel for the Named Plaintiffs)*
Richard M. Beck, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*First Class Mail*
*(counsel for the Named Plaintiffs)*
Charles A. Ercole, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102

*First Class Mail*
*(counsel for Alleged Representative Claimants)*
Stuart J. Miller, Esquire
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, New York 10038

**Mortgage Lenders Network USA, Inc.**
**2002 Service List**
Case No. 07-10146 (PJW)
Doc. No. 124657
15 – Hand Delivery
01 – Interoffice Delivery
65 – First Class Mail

(Counsel for Debtor)
Laura Davis Jones, Esquire
James O'Neill, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

*Interoffice Mail*
(Counsel for Debtor)
Brad R. Godshall, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
Wilmington, DE 19801

*Hand Delivery*
(United States Trustee)
Mark Kenny, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Co-counsel for Residential Funding Company)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Creditors' Committee)
Jason W. Staib, Esquire
David Carickhoff, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Ste 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Duffy White Construction, LLC)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Siemens Building Technologies and WARN Act claimants)
Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Workstage LLC-Connecticut, LLC)
William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
William D. Sullivan, LLC
Attorneys and Counselors at Law
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Federal Home Loan Mortgage Corporation)
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Liberty Property Limited Partnership)
Michael J. Barrier, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Bank of America, N.A.)
Victoria W. Counihan, Esquire
Sandra G. M. Selzer, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Fidelity National Information Services, Inc.)
Jeremy W. Ryan, Esquire
Kathleen P. Makowski, Esquire
Saul Ewing LLP
222 Delaware Avenue, 12th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for OFC Capital Corporation)
James E. Huggett, Esquire
Lucian B. Murley, Esquire
Herbert Mondros, Esquire
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Spectrum Field Services)
Tobey M. Daluz, Esquire
Jennifer A. L. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, Suite 12th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Mitchell Heffernan and James Pedrick & Emax Financial Group, LLC)
James E. Drnec, Esquire
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Wells Fargo Bank)
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for NBS Pinnacle 1925/2001, LLC d/b/a The Alter Group Ltd.)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*First Class Mail*
(Counsel for Creditors' Committee)
Regina Kelbon, Esquire
Michael Schaedle, Esquire
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

*First Class Mail*
Howard F. Pitkin, Commissioner
Doniel Kitt, Prosecuting Attorney
State of Connecticut
Department of Banking
260 Constitution Plaza
Hartford, CT 06103-1800

*First Class Mail*
A Michael Marques, Director
State of Rhode Island and
Providence Plantations
Department of Business Regulation
233 Richmond Street, Suite 237
Providence, RI 02903-4231

*First Class Mail*
James Keiser, Administrator
State of Pennsylvania
Department of Banking
Market Square Plaza
17 N. Second Street, 23rd Flr
Harrisburg, PA 17101

*First Class Mail*
Lauren Sassani
Assistant Counsel
Commonwealth of Pennsylvania
Department of Banking
17 North Second St., Suite 1300
Harrisburg, PA 17101

*First Class Mail*
James Shepard, Staff Attorney
Peter C. Hildreth, Bank Commissioner
Consumer Credit Divisions
State of New Hampshire - Banking Dept
64B Old Suncook Road
Concord, NH 03301

*First Class Mail*
Department of Labor & Economic Growth
Office of Financial and Insurance Services
Office of the General Counsel
Elizabeth Thompson, Hearings Coordinator
Richard D. Lavolette, Chief Deputy
Commissioner
611 West Ottawa St., 3rd Fl
Lansing, MI 48933

*First Class Mail*
Rholda L. Ricketts, Deputy Superintendent
of Banks
NY State Banking Department
One State Street
New York, NY 10004-1417

*First Class Mail*
State of Vermont, Dept of Banking,
Insurance, Securities & Health Care Admin
Thomas J. Candon, Acting Commissioner
&Deputy Commissioner of Banking
89 Main St. Drawer 20
Montpelier, VT 05620-3101

*First Class Mail*
William N. Lund, Director
Office of Consumer Credit Regulation
Department of Professional & Financial
Regulation
35 State House STA
Augusta, ME 04333

*First Class Mail*
Commonwealth of Massachusetts
Joseph A. Leonard, Jr.
Deputy Commissioner & General Counsel
Division of Banks
One South Station
Boston, MA 02110

*First Class Mail*
(Counsel for Residential Funding Company)
Mark Kalla, Esquire
Diane D. Malfeld, Esquire
Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Ste 1500
Minneapolis, MN  55402

*First Class Mail*
(Counsel for Duffy White Construction, LLC)
Leon R. Barson, Esquire
Pepper Hamiton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103

*First Class Mail*
(WachoBank, NA))
Steven S. Rand, Esquire
Bruce S. Goodman, Esquire
Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel for Sovereign Bank)
Jeffrey M. Carbino, Esquire
Buchanan Ingersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia, PA  19103

*First Class Mail*
(Counsel for Creditor)
Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. DuPont Hwy, Suite 110
Odessa, DE  19730

*First Class Mail*
(Counsel for Merrill Lynch Mortgage Capital Inc. and Merrill Lynch Mortgage Lending Inc.)
Barry J. Dichter, Esquire
Deborah J. Piazza, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10022

*First Class Mail*
(Counsel for MB Financial Bank, N.A.)
Kevin M. Newman, Esquire
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 2000
Syracuse, NY  13204

*First Class Mail*
(Counsel for Federal Express Corporation)
Charles J. Filardi, Jr., Esquire
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT  06510

*First Class Mail*
(Counsel for Lehman Brothers, Inc.)
Robert J. Rosenberg, Esquire
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Thrid Avenue
New York, NY  10022

*First Class Mail*
(Counsel for Authorized Agent for America's Servicing Company and Countrywide Home Loans, Inc.)
A. Michelle Hart, Esquire
John D. Schlotter, Esquire
McCalla Raymer, LLC
Attn:  Bankruptcy Department
1544 Old Alabama Road
Roswell, GA  30076

*First Class Mail*
(Counsel for Tom Green CAD and Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

*First Class Mail*
(Counsel for Workstage LLC-Connecticut, LLC)
Barry S. Feigenbaum, Esquire
Rogin Nassau Caplan Lassman & Hirtle LLC
CityPlace I – 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

*First Class Mail*
(Counsel for Federal Home Loan Mortgage Corporation)
Kenton, W. Hambrick, Esquire
Assistant General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
McLean, VA 22102

*First Class Mail*
Wilshire Credit Corporation
P.O. Box 1650
Portland, OR 97207

*First Class Mail*
Mattleman Weinroth & Miller – DE
200 Continental Dr., Suite 21
Newark, DE 19713

*First Class Mail*
(Counsel for Joseph D. Frank and Frank/Gecker LLP)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

*First Class Mail*
Larry Thomas
Integrated Payment System, Inc.
Meridan Building
12500 East Belford Avenue
Mail Stop M12B
Englewood, CO 80112

*First Class Mail*
(Creditors of Debtor)
Judith T. Romano, Esquire
Phelan, Hallinan and Schmieg, LLP
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
(Counsel for VLG Wallingford LLC)
Jeffrey Hellman, Esquire
Craig Lifland, Esquire
Zeisler & Zeisler, PC
558 Clinton Avenue
Bridgeport, CT 06605

*First Class Mail*
Stephen C. Tingey, Esquire
Ray Quinney & Nebeker, PC
36 South State Street, Suite 1400
Salt Lake City, UT 84145

*First Class Mail*
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208

*First Class Mail*
(Counsel for NBS Pinnacle 1925/2001, LLC d/b/a The Alter Group Ltd.)
Richard S. Lauter, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

*First Class Mail*
(Counsel for Kevin J. Small)
Robert A. De Frino, Esquire
Brown Paindiris & Scott, LLP
100 Pearl St.
Hartford, CT 06103

*First Class Mail*
(Counsel for Liberty Property Limited Partnership)
Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

*First Class Mail*
Martha E. Von Rosenstiel, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19108

*First Class Mail*
(Counsel for Option One)
Michael S. Margolf, Esquire
Moss Codilis, LLP
6560 Greenwood Plaza Blvd, Suite 100
Englewood, CO 80111

*First Class Mail*
(Counsel for Relational LLC)
Scott Levine, Esquire
Evan Salan, Esquire
Platzer, Sergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, NY 10018

*First Class Mail*
(Counsel for Department of Revenue)
Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
Jefferson City, MO 65105

*First Class Mail*
(Counsel for Sovereign Bank and Bank of America, N.A.)
Louis T. DeLucia, Esquire
Alan J. Brody, Esquire
Alyson M. Fiedler, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

*First Class Mail*
(Counsel for Secured Creditor)
Stephen M. Hladik, Esquire
Kerns, Pearlstine, Onorato & Hladik, LLP
425 West Main Street
Lansdale, PA 19446

*First Class Mail*
(Counsel for Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

*First Class Mail*
(Counsel for EMC Mortgage Corporation)
Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander, Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 250
Dallas, TX 75243

*First Class Mail*
(Counsel for The Cooper Castle Law Firm fka The Cooper Christensen Law Firm, LLP)
Stephanie L. Cooper, Esquire
Michael W. Chen, Esquire
The Cooper Christensen Law Firm, LLP
820 South Valley View Blvd.
Las Vegas, NV 89107

*First Class Mail*
(Counsel for Defendant, State of Connecticut)
Joan E. Pilver, Assistant Attorney General
P.O. Box 120
55 Elm Street, Fourth Floor
Hartford, CT 06141-0120

*First Class Mail*
(Counsel for the Defendant)
Robert W. Clark, Esquire
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fourth Floor
Hartford, CT 06141

*First Class Mail*
(Counsel for Fidelity National Information Services, Inc.)
Jeffrey C. Hampton, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

*First Class Mail*
(Counsel for Leroy & Mary McIlwain)
Robert P. Cocco, Esquire
Robert P. Cocco, P.C.
437 Chestnut Street, Suite 1006
Philadelphia, PA 19106

*First Class Mail*
(Counsel for Emax Financial Group, LLC)
Gary M. Perkiss, Esquire
Judith P. Rodden, Esquire
Pozzuolo & Perkiss, P.C.
2033 Walnut Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Department of Revenue)
Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

*First Class Mail*
)
Peggy A. Housner, Esquire
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

*First Class Mail*
*(counsel for ADT)*
William C. Price, Esquire
Sally Edison, Esquire
McGuireWoods LLP
Dominion Tower
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

*First Class Mail*
(Counsel for Spectrum Field Services)
Jeffrey W. Shields, Esquire
Troy J. Aramburu, Esquire
Jones Waldo Holbrook & McDonough PC
170 S. Main Street
Salt Lake City, UT 84101

*First Class Mail*
(Counsel for Mortgage Lenders Network USA, Inc. a/k/a You Would Approve a/k/a In Everyone's Best Interest d/b/a Family Creditor Connection d/b/a Amerifund d/b/a Lenders Network)
Linda J. St. Pierre, Esquire
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120

*First Class Mail*
(Counsel for Financial Security Assurance, Inc.)
Carl T. Anderson, Esquire
Paul Hastings Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071

*First Class Mail*
America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA  30076

*First Class Mail*
Attn: Leslie Fleischer, Assistant Counsel
Kenexa Technology, Inc.
650 East Swedesford Road, 2nd Floor
Wayne, PA  19087

*First Class Mail*
Bank of America N.A.
475 Crosspoint Parkway
P.O. Box 9000
Getzville, NY  14068

*First Class Mail*
Litton Loan Servicing, LP
1 First American Way
Westlake, TX  76262

*First Class Mail*
EMC Mortgage Corporation
P.O. Box 829009
Dallas, TX  75382

*First Class Mail*
)
Kelly M. Lawson, Esquire
Attorney for the Secretary of Labor
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building, Room E-375
Boston, MA  02203

*First Class Mail*
(Counsel for Sungard Availability Services LP)
Vincent M. Coscino, Esquire
James A. Timko, Esquire
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614

*First Class Mail*
(Counsel for Sungard Availability Services LP)
Greg T. Kupniewski, Esquire
Flaster/Greenberg, P.C.
Eight Penn Center, 15th Floor
1628 John F. Kennedy Blvd.
Philadelphia, PA  19103

*First Class Mail*
(Counsel for Countrywide Home Loans, Inc.)
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

*First Class Mail*
(Counsel for Countrywide Home Loans, Inc.)
Katherine Windler, Esquire
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA  90401