# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

May 25, 2007

James E. O'Neill
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Re:  Mortgage Lenders Network USA, Inc.
Case No. 07-10146**

Dear Mr. O'Neill:

     Enclosed is a copy of a May 16, 2007 letter from the Attorney General of the State of Connecticut. The letter has been docketed together with its enclosures.

     As you can see from the enclosures, it appears that several employees were badly treated by Mortgage Lenders Network.

     Please respond to the Attorney General and docket your reply.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enclosures

cc: Charles C. Hulin (w/o enclosures)