IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MORTGAGE LENDERS NETWORK USA, INC.,[1]<br><br>　　　　　　　　　　　Debtor.<br><br>GUISEPPE CACCAMO and ROBIE-LYN HARNOIS<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MORTGAGE LENDERS NETWORK USA, INC.,<br><br>　　　　　　　　　　　Defendant. | Chapter 11<br><br>Case No. 07-10146 (PJW)<br>*Ru : 2729*<br><br>Adversary Case No. 07-51415 (PJW)<br>Related Docket No. *49* |

Objection Deadline: April 30, 2009 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: May 11, 2009 at 9:30 a.m. (prevailing Eastern time)

**ORDER PURSUANT TO SECTIONS 105 AND 107 OF THE BANKRUPTCY CODE AUTHORIZING THE PARTIES TO FILE UNDER SEAL EXHIBITS B AND C TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS**

Upon the motion dated February 26, 2009 (the "Motion")[2], by the above-captioned debtor and debtor in possession (the "Debtor"), the Official Committee of Unsecured Creditors of the Debtor (the "Committee") and prospective class representatives, Guiseppe Caccamo and Robie-Lyn Garnois (the "Class Representatives"), on behalf of themselves and similarly situated prospective class members (together with the Class Representatives, the "Class Members") (the Debtors, the Committee and the Class Representatives collectively, the

---

[1] Debtor's EIN: XX-XXX7394
　Debtor's Address: 146 New Britain Avenue, Plainville, CT 06062-2019

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

58302-001\DOCS_SF:64233.1

"Movants"), for an order authorizing the Movants to submit under seal Exhibits B and C to the Settlement Agreement, pursuant to 11 U.S.C. §§ 105 and 107, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Local Rule 9018-1(b) of United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED that the Motion is granted in all respects, and it is further

ORDERED that the Movants are authorized to file Exhibits B and C to the Settlement Agreement under seal.

Dated: May 11, 2009

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge