IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MORTGAGE LENDERS NETWORK USA, INC.,[1] a Delaware Corporation, | Case No. 07-10146 (PJW) |
| Debtor. | |

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF THE FIRST AMENDED PLAN OF LIQUIDATION AS MODIFIED OF MORTGAGE LENDERS NETWORK USA, INC. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

TO: ALL CREDITORS OF MORTGAGE LENDERS NETWORK USA, INC., THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST

      1.      **PLEASE TAKE NOTICE THAT** on February 3, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Confirming First Amended Plan of Liquidation as Modified of Mortgage Lenders Network USA, Inc. Under Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Docket No. 2589] confirming the *First Amended Plan of Liquidation of Mortgage Lenders Network USA, Inc. Under Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 2414]. The effective date of the Plan was June 10, 2009 (the "Effective Date"). Unless otherwise noted, capitalized terms used herein shall have the meanings ascribed to them as in the Plan.

      IN CONNECTION WITH THE CONFIRMATION AND THE OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING IMPORTANT DATES AND EVENTS:

      2.      **Cancellation of Equity Interests**: The Plan provides for the cancellation of all equity security interests in Mortgage Lenders Network USA, Inc. Pursuant to the Plan, as of the Effective Date, all Equity Interests are cancelled and are of no further force or effect without further action on the part of the Bankruptcy Court or any other person.

      3.      **Applications by Professionals for Approval of Final Fee Applications**: Pursuant to the Confirmation Order, all final requests for compensation or reimbursement of Professional Fees pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code (the "Final Fee Applications") must be filed and served on or before **August 24, 2009** on (i) the undersigned counsel for the Debtor; (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, De 19801, Attention: Mark Kenny, Esq.; (iii) Counsel for the Committee, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103, Attn: Regina Stango Kelbon, Esq. and Michael B. Schaedle, Esq.; (iv) The Liquidating Trustee, Navigant Capital Advisors, LLC 15900 South Park Boulevard, Shaker Heights, OH 44120, Attn: Neil F. Luria; and RFC, Dorsey & Whitney (Delaware) LLP, 1105 North Market Street, 16th Floor, Wilmington, DE 19801, attn: Erick Lopez Schnabel, Esq.

---

[1] Debtor's EIN: XX-XXX7394
    Debtor's Address: 146 New Britain Avenue, Plainville, CT 06062-2019

4.     All Final Fee Applications are subject to the approval of the Bankruptcy Court. The Debtor shall notify all Professionals who timely file Final Fee Applications of any hearing date fixed by the Bankruptcy Court to consider such Final Fee Applications (the "Final Fee Hearing"). The Final Fee Hearing may be adjourned without further notice other than an announcement at the Final Fee Hearing or at any adjourned Final Fee Hearing.

5.     Objections, if any, shall be filed with the Bankruptcy Court no later than **December 7, 2009,** and served on the parties identified in paragraph 3 of this Notice, and in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

6.     **Administrative Claims Bar Date**: The deadline pursuant to which any Administrative Claim arising between February 1, 2008 and the Effective Date, other than a claim for Professional Fees, must be Filed shall be **July 10, 2009**, *provided, however*, that nothing in this Notice, the Plan, or the Confirmation Order shall be deemed to extend or otherwise affect any previously fixed Administrative Claims Bar Date or any deadline in connection therewith ordered by the Court. If you have already filed a request for payment of an Administrative Claim in accordance with any previously fixed deadline ordered by the Bankruptcy Court, you do not need to file another request *except that* any claimant who filed a proof of claim using the Official Form prior to the date of the Confirmation Hearing that asserted both a prepetition claim and an Administrative Claim, and who has not previously been paid on account of such Claim must file with the Court and serve upon the Debtor a request for payment by the Administrative Claims Bar Date. Otherwise, the Claim asserted in such proof of claim shall be disallowed and forever barred.

7.     **Rejection Damage Claims Bar Date**: Any Claims arising from the rejection of executory contracts or unexpired leases pursuant to Confirmation of the Plan must be Filed with the Bankruptcy Court no later than **July 10, 2009**. Notwithstanding the foregoing, nothing in this Notice, the Confirmation Order, or the Plan shall be deemed to extend or otherwise affect any bar date or deadline ordered by the Bankruptcy Court with respect to the filing of any Claims for rejection damages for executory contracts and unexpired leases previously rejected by the Debtor.

Dated: June 10, 2009                              PACHULSKI STANG ZIEHL & JONES LLP

                                                  /s/ Laura Davis Jones
                                                  ─────────────────────────
                                                  Laura Davis Jones (DE Bar No. 2436)
                                                  David M. Bertenthal (CA Bar No. 167624)
                                                  James E. O'Neill (DE Bar No. 4042)
                                                  Timothy P. Cairns (DE Bar No. 4228)
                                                  919 North Market Street, 17th Floor
                                                  P.O. Box 8705
                                                  Wilmington, DE  19899-8705 (Courier 19801)
                                                  Telephone:  (302) 652-4100
                                                  Facsimile:  (302) 652-4400
                                                  Email: ljones@pszjlaw.com
                                                         dbertenthal@pszjlaw.com
                                                         joneill@pszjlaw.com
                                                         tcairns@pszjlaw.com
                                                  Counsel for the Debtor and Debtor in Possession