IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS NETWORK USA, INC. | ) | Case No. 07-10146 (PJW) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**Objection Deadline: October 13, 2009 at 4:00 p.m. (ET)**
**Hearing Date: October 20, 2009 at 10:30 a.m. (ET)**

**NOTICE OF LIQUIDATING TRUSTEE'S FIRST OMNIBUS
OBJECTION TO CLAIMS ON NON-SUBSTANTIVE GROUNDS**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

Neil F. Luria, the liquidating trustee (the "Liquidating Trustee") of the chapter 11 estate of Mortgage Lenders Network USA, Inc. (the "Debtor"), filed the *Liquidating Trustee's First Omnibus Objection to Claims on Non-Substantive Grounds* (the "Omnibus Claim Objection") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), seeking to disallow certain claims filed against the Debtor on various non-substantive grounds. **You are advised to review the Omnibus Claim Objection carefully, as it seeks to alter claimants' rights by disallowing certain claims filed against the Debtor.** A true and correct copy of the Omnibus Claim Objection is attached hereto.

Any party wishing to oppose the relief requested in the Omnibus Claim Objection is required to file a written response with the Bankruptcy Court, and serve a copy of the response upon **Blank Rome LLP, Attn: David W. Carickhoff, Esq., 1201 Market Street, Suite 800, Wilmington, Delaware 19801** so as to be received on or before **October 13, 2009 at 4:00 p.m.**

1

**(ET).** Only those responses timely filed with the Bankruptcy Court and received by the above counsel will be considered by the Bankruptcy Court.

Any response filed with the Bankruptcy Court should contain at a minimum the following:

a) A caption setting forth the name of the Bankruptcy Court, the name of the captioned-Debtor, the case number and the title of the Omnibus Claim Objection to which the response is directed;

b) The name of the claimant and a description of the basis for the amount of the claim;

c) The specific factual basis and supporting legal argument upon which the party will rely in opposing the Omnibus Claim Objection; and

d) Any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or the Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

A HEARING ON THE OMNIBUS CLAIM OBJECTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, AT THE BANKRUPTCY COURT AT 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801, ON **OCTOBER 20, 2009 at 10:30 A.M. (ET**) (the "Claims Hearing").

You need not appear at the Claims Hearing if you do not object to the relief requested in the Omnibus Claim Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS CLAIM OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

In addition, your failure to timely file a response to the Omnibus Claim Objection

132578.01600/11936697v.1

may be deemed (i) a waiver of your right to respond to the Omnibus Claim Objection and/or (ii) a consent to the relief requested in the Omnibus Claim Objection respecting your claim.

If you file a response to the Omnibus Claim Objection, you should be prepared to argue that response at the Claims Hearing.

The Claims Hearing may be continued from time to time upon written notice provided to you.

The Liquidating Trustee reserves the right to object in the future to any of the claims set out in the Exhibits or body of the Omnibus Claim Objection on any ground. Separate notice will be provided and a separate hearing will be scheduled for any such objection. **If you have any questions regarding your claim(s), you should contact Josef Mintz at (215) 569-5500.**

Dated: September 18, 2009

         BLANK ROME LLP

         */s/ David W. Carickhoff*
         David W. Carickhoff (DE Bar No. 3715)
         1201 Market Street, Suite 800
         Wilmington, DE 19801
         Telephone: (302) 425-6400
         Facsimile: (302) 425-6464

         Michael B. Schaedle
         Josef W. Mintz
         Gregory F. Vizza
         One Logan Square
         130 North 18th Street
         Philadelphia, PA 19103-6998
         Telephone: (215) 569-5500
         Facsimile: (215) 569-5555

         Counsel to the Liquidating Trustee