IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS NETWORK USA, INC. | ) | Case No. 07-10146 (PJW) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF NEIL F. LURIA IN SUPPORT OF LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS ON NON-SUBSTANTIVE GROUNDS**

Neil F. Luria hereby declares:

1. I am the Liquidating Trustee in this chapter 11 case. I am authorized to make this Declaration in support of the Liquidating Trustee's First Omnibus Objection to Claims on Non-Substantive Grounds (the "Omnibus Claim Objection").[1]

2. I am responsible for overseeing the claims review and objection process for the MLN Trust. In that capacity, I have reviewed the Omnibus Claim Objection, and am directly or through other personnel, agents and attorneys, familiar with the information contained therein, and in the Exhibits attached thereto. To the best of my knowledge, information and belief, after a thorough review of the Disputed Claims and the Books and Records, the information contained in the Omnibus Claim Objection and the Exhibits attached thereto are true and accurate.

3. Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to the in the Omnibus Claim Objection.

132578.01600/11936694v.1

filed against the Debtor in its chapter 11 case.  These claims were carefully reviewed and analyzed by appropriate personnel, and in some cases, the Liquidating Trustee's professional advisors, resulting in the identification of objectionable claims which are the subject of the Omnibus Claim Objection.

4. <u>Duplicate Claims.</u>  To the best of my knowledge and belief, after thoroughly reviewing the relevant Books and Records and the applicable proofs of claim listed on **Exhibit A** to the Omnibus Claim Objection, I have determined that the Duplicate Claims listed in third column of **Exhibit A** labeled "Duplicate Claim to be Expunged" should be disallowed because such claims are duplicative of another claim filed by the respective claimant.  If the relief sought against a creditor in the Omnibus Claim Objection is granted, the claimant will continue to hold the claim that is listed in the second column of **Exhibit A** labeled "Remaining Claim Number" that is identical to the disallowed claim.

5. <u>Amended Claims.</u>  To the best of my knowledge and belief, after thoroughly reviewing the relevant Books and Records and the applicable proofs of claim listed on **Exhibit B** to the Omnibus Claim Objection, I have determined that the Amended Claims listed in third column of **Exhibit B** labeled "Amended Claim to be Expunged" should be disallowed because such claims have been superseded by a subsequent claim filed by the claimant.  If the relief sought against a creditor in the Omnibus Claim Objection is granted, the claimant will continue to hold the subsequent claim that is listed in the second column of **Exhibit B** labeled "Remaining Claim Number" that amended the disallowed claim.

6. <u>Late Filed Claims</u>.  To the best of my knowledge and belief, after thoroughly reviewing the relevant Books and Records and the applicable proofs of claim listed on **Exhibit C** to the Omnibus Claim Objection, I have determined that the Late Filed Claims were filed after the applicable claims bar date.  Therefore, the Late Filed Claims listed on **Exhibit C** should be disallowed.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 18, 2009
	Shaker Heights, OH                     */s/ Neil F. Luria*                              
	                                       Neil F. Luria