IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS NETWORK USA, INC. | ) | Case No. 07-10146 (PJW) |
| | ) | |
| | ) | |
| Debtor. | ) | Re: Docket No. _____ |

**ORDER GRANTING THE RELIEF SOUGHT IN LIQUIDATING TRUSTEE'S
FIRST OMNIBUS OBJECTION TO CLAIMS ON NON-SUBSTANTIVE GROUNDS**

Upon the Liquidating Trustee's First Omnibus Objection to Claims on Non-Substantive Grounds (the "Omnibus Claim Objection")[1] seeking entry of an order disallowing the Disputed Claims; and it appearing that the Court has jurisdiction to consider the Omnibus Claim Objection pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2);and no previous application having been made; and upon consideration of the Omnibus Claim Objection and all responses thereto; and due and proper notice of the Omnibus Claim Objection having been given; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.     The relief sought in the Omnibus Claim Objection is granted.[2]

2.     Each Duplicate Claim listed in the third column on **Exhibit A** attached to the Omnibus Claim Objection labeled "Duplicate Claim to be Expunged" is disallowed for all

---

[1]  Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Omnibus Claim Objection.
[2]  To the extent that any claim that is the subject of the Omnibus Claim Objection has been or is otherwise addressed by an approved stipulation between the Liquidating Trustee and the claimant or a settlement agreement between the Liquidating Trustee and the claimant, that stipulation or settlement agreement shall control the disposition of that claim.

purposes. The claimant, however, will continue to hold the claim that is listed in the second column of **Exhibit A** labeled "Remaining Claim Number" that is a duplicate of the disallowed claim. This order is without prejudice to the Liquidating Trustee's ability to object to any remaining claim on any basis or to seek to subordinate any remaining claim on any basis.

3. Each Amended Claim listed in the third column on **Exhibit B** attached to the Omnibus Claim Objection labeled "Amended Claim to be Expunged" is disallowed for all purposes. The claimant, however, will continue to hold the subsequent claim that is listed in the second column of **Exhibit B** labeled "Remaining Claim Number" that amends the disallowed claim. This order is without prejudice to the Liquidating Trustee's ability to object to any remaining claim on any basis or to seek to subordinate any remaining claim on any basis.

4. Each Late Filed Claim listed on **Exhibit C** attached to the Omnibus Claim Objection is disallowed for all purposes.

5. Pursuant to Federal Rules of Civil Procedure 54(b), made applicable in the contested matter by Bankruptcy Rules 7054 and 9014, the Bankruptcy Court hereby directs entry of a final judgment with respect to the claim objections that are the subject of this Order, the Bankruptcy Court having determined that there is no just reason for delay in the entry of judgment on these matters.

**Error! Unknown document property name.**

6.      This Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: _____, 2009

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

**Error! Unknown document property name.**