**Mortgage Lenders Network First Omnibus Claims Objection [Non-Substantive]**

**Exhibit [A]: Duplicate Claims**

| Claimant Name | Remaining Claim Number | Duplicate Claim to be Expunged | Filing Status | | | | | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Priority | Admin | Secured | Unsecured | |
| Rosow, Joshua | 127 | 154 | 40,796 | 10,000 | - | - | 30,796 | Duplicate to Claim No.127 |
| Gmac Llc | 186 | 193 | 109,109 | - | - | - | 109,109 | Duplicate to Claim No.186 |
| Zucker Goldberg And Ackerman Llc | 143 | 216 | 1,229 | - | - | - | 1,229 | Duplicate to Claim No.143 |
| Connecticut Natural Gas Corp | 88 | 243 | 15,467 | - | - | - | 15,467 | Duplicate to Claim No. 88 |
| Didion, Sarah | 252 | 255 | 3,674 | 3,674 | - | - | - | Duplicate to Claim No.252 |
| Miller, Serene L. | 251 | 256 | 2,514 | 2,514 | - | - | - | Duplicate to Claim No.251 |
| Brand Taxi, Llc | 472 | 261 | 49,269 | - | - | - | 49,269 | Duplicate to Claim No.472 |
| Lower My Bills, Inc | 306 | 305 | 158,799 | - | - | - | 158,799 | Duplicate to Claim No.306 |
| Lower My Bills, Inc | 489 | 306 | 158,799 | - | - | - | 158,799 | Duplicate to Claim No.489 |
| Hunt Leibert Jacobson, P.C | 304 | 307 | 20,296 | 20,296 | - | - | - | Duplicate to Claim No.304 |
| Zeigenfuss, Eric | 325 | 324 | 41,619 | 41,619 | - | - | 41,619 | Duplicate to Claim No.325 |
| Fedex Customer Information Services | 113 | 333 | 125,399 | - | - | - | 125,399 | Duplicate to Claim No.113 |
| Freese Construction Company, Inc. | 336 | 340 | 278,665 | - | - | - | 278,665 | Duplicate to Claim No.336 |
| Fair Liquidity Partners (formerly Torres, Miguel) | 320 | 360 | 886 | 886 | - | - | 886 | Duplicate to Claim No.320 |
| Hogan, Paula L. | 466 | 366 | 678 | 678 | - | - | 678 | Duplicate to Claim No.466 |
| Wilson & Associates, Pllc | 379 | 380 | 53,919 | - | - | - | 53,919 | Duplicate to Claim No.379 |
| Lowden, John | 110 | 402 | 116,627 | 10,000 | - | - | 106,627 | Duplicate to Claim No.110 |
| Simeone, Michael S. | 291 | 442 | 4,732 | 4,732 | - | - | - | Duplicate to Claim No.291 |
| Officemax | 33 | 451 | 5,453 | - | - | - | 5,453 | Duplicate to Claim No. 33 |
| Fair Liquidity Partners (formerly Jackson, Aleta L.) | 209 | 510 | 18,621 | 18,621 | - | - | - | Duplicate to Claim No. 209 |
| **Totals for Exhibit [A] Claims - Duplicate Claims** | | 20 | $ 1,206,549 | $ 113,019 | $ - | $ - | $ 1,136,713 | |

**Mortgage Lenders Network First Omnibus Claims Objection [Non-Substantive]**

**Exhibit [B]: Amended and Superseded Claims**

| Claimant Name | Remaining Claim Number | Amended Claim to be Expunged | Filing Status | | | | | Reason for Proposed Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Claim Amount | Priority | Admin | Secured | Unsecured | |
| Merrill Lynch Mortgage Capital Inc | 870 | 4 | 22,811,130 | - | - | - | 22,811,130 | Amended by Claim No.870 |
| Merrill Lynch Mortgage Lending Inc | 871 | 5 | 37,970,498 | - | - | - | 37,970,498 | Amended by Claim No.871 |
| Department Of The Treasury | 383 | 6 | 2,533,150 | 2,533,150 | - | - | - | Amended by Claim No.383 |
| CDW Corporation | 90 | 7 | 204,315 | - | - | - | 204,315 | Amended by Claim No.90 |
| Phelan Hallinan And Schmieg. Llp | 387 | 16 | 31,552 | - | - | 31,552 | - | Amended by Claim No.387 |
| Phelan Hallinan And Schmieg. Llp | 388 | 17 | 8,367 | - | - | 8,367 | - | Amended by Claim No.388 |
| Weber, Luke | 533 | 19 | 39,845 | 39,845 | - | - | - | Amended by Claim No.533 |
| Oklhoma Tax Commission | 931 | 26 | 862 | 861 | - | - | 1 | Amended by Claim No.931 |
| New York State Dept Of Bankruptcy | 239 | 32 | 130 | - | - | 130 | - | Amended by Claim No.239 |
| Little And Dranttel | 948 | 43 | 5,963 | - | - | - | 5,963 | Amended by Claim No.948 |
| Frederick, Eric | 846 | 44 | 47,356 | 47,356 | - | - | - | Amended by Claim No.846 |
| Pennsylvania Department Of Revenue | 390 | 47 | - | - | - | - | - | Amended by Claim No.390 |
| Burns, John E. | 845 | 51 | 11,934 | 11,934 | - | - | 11,934 | Amended by Claim No.390 |
| Small, Kevin J. | 516 | 57 | 1,530,045 | - | - | - | 1,530,045 | Amended by Claim No.516 |
| Dimter, Ralph | 551 | 59 | 22,275 | - | - | - | 22,275 | Amended by Claim No.551 |
| Kish, Alisha | 552 | 60 | 39,920 | 10,000 | - | - | 29,920 | Amended by Claim No.552 |
| Neese, Christe | 944 | 63 | - | - | - | - | - | Amended by Claim No.944 |
| Dimter, Ralph | 911 | 71 | 511 | 511 | - | - | 511 | Amended by Claim No.911 |
| Nielson, Christopher W. | 926 | 82 | 12,298 | - | - | - | 12,298 | Amended by Claim No.926 |
| Letourneau, Steven | 407 | 83 | 24,889 | 24,889 | - | - | 24,889 | Amended by Claim No.407 |
| Connecticut Natural Gas Corp | 956 | 88 | 15,467 | - | - | - | 15,467 | Amended by Claim No.956 |
| Gambardello, David | 499 | 98 | 27,614 | 10,000 | - | - | 17,614 | Amended by Claim No.499 |
| O'Shaughnessy, John T. | 180 | 105 | 84,500 | 84,500 | - | - | - | Amended by Claim No.180 |
| Drega, Michael F. | 669 | 108 | 105,130 | 10,000 | - | - | 95,130 | Amended by Claim No.669 |
| Lowden, John | 469 | 110 | 116,627 | 10,000 | - | - | 106,627 | Amended by Claim No.469 |
| Tennessee Department Of Revenue | 933 | 112 | 65,479 | 64,932 | - | - | 547 | Amended by Claim No.933 |
| Creditor Liquidity Solutions (formerly Quinter, Neal S.) | 987 | 114 | 45,000 | 45,000 | - | - | - | Amended by Claim No.978 |
| Perrotta, Anthony P. | 524 | 123 | 34,342 | 34,342 | - | - | - | Amended by Claim No.524 |
| Bowden, Kay-Ann N. | 479 | 131 | 3,046 | 1,792 | - | - | 1,254 | Amended by Claim No.479 |
| Tran, Kim | 156 | 133 | 36,038 | 10,000 | - | - | 26,038 | Amended by Claim No.156 |
| Curley, Johanna M. | 396 | 151 | 50,522 | 50,522 | - | - | 50,522 | Amended by Claim No.396 |
| Shapiro & Burson, Llp | 349 | 153 | 13,302 | 13,302 | - | - | - | Amended by Claim No.349 |
| Garrow, Sandra S. | 817 | 164 | 13,460 | 10,000 | - | - | 3,460 | Amended by Claim No.817 |
| Louisiana Department Of Revenue | 549 | 168 | 6,346 | 6,076 | - | - | 271 | Amended by Claim No.549 |
| Nielson, Christopher W. | 927 | 185 | 1,690 | 1,690 | - | - | 1,690 | Amended by Claim No.927 |
| Verizon | 889 | 187 | 1,614 | - | - | - | 1,614 | Amended by Claim No.889 |
| AT&T | 355 | 188 | 108,719 | - | - | - | 108,719 | Amended by Claim No.355 |
| Lawlor, John K. | 763 | 190 | 89,786 | 10,000 | - | - | 79,786 | Amended by Claim No.763 |
| Bellsouth Telecommunications, Inc | 286 | 192 | 219 | - | - | - | 219 | Amended by Claim No.286 |
| Guillo, Sheila T. | 282 | 202 | - | - | - | - | - | Amended by Claim No.282 |
| **Totals for Exhibit [B] Claims - Amended/Superseded Claims** | | 40 | $ 66,113,941 | $ 3,030,702 | $ - | $ 40,049 | $ 63,132,737 | |

**Mortgage Lenders Network First Omnibus Claims Objection [Non-Substantive]**

**Exhibit [C]: Late Filed Claims**

| Claimant Name | Claim Number to be Expunged | Date of POC to be Expunged | Filing Status ||||| Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Priority | Admin | Secured | Unsecured | |
| Tur, Sandra L. | 892 | 02/04/08 | 1,620 | - | - | - | 1,620 | Filed after Bar Date: 2/1/2008 |
| Buono, Christopher S. | 893 | 02/04/08 | 2,200 | - | - | - | 2,200 | Filed after Bar Date: 2/1/2008 |
| Creditor Liquidity Solutions (formerly Hoover, Heidi B.) | 894 | 02/04/08 | 740 | 740 | - | - | 740 | Filed after Bar Date: 2/1/2008 |
| Paymap, Inc | 895 | 02/04/08 | 95,406 | - | - | - | 95,406 | Filed after Bar Date: 2/1/2008 |
| Cal-Western Reconveyance Corp. | 896 | 02/04/08 | 3,749 | - | - | - | 3,749 | Filed after Bar Date: 2/1/2008 |
| Paszek, Robert | 897 | 02/05/08 | 5,000 | - | - | - | 5,000 | Filed after Bar Date: 2/1/2008 |
| Sirotnak, Kristine A. | 898 | 02/05/08 | 620 | 620 | - | - | - | Filed after Bar Date: 2/1/2008 |
| Ofc Capital Corp. | 899 | 02/05/08 | 226,086 | - | - | - | 226,086 | Filed after Bar Date: 2/1/2008 |
| Ofc Capital Corp. | 900 | 02/05/08 | 7,293 | - | - | - | 7,293 | Filed after Bar Date: 2/1/2008 |
| Ramirez, Rosa | 901 | 02/06/08 | 1,560 | - | - | - | 1,560 | Filed after Bar Date: 2/1/2008 |
| Kowalski, David E. | 903 | 02/07/08 | 88,664 | 88,664 | - | - | - | Filed after Bar Date: 2/1/2008 |
| Meuwissen, Katrien P. | 904 | 02/07/08 | 3,000 | 3,000 | - | - | 3,000 | Filed after Bar Date: 2/1/2008 |
| Henley Consulting, Inc | 905 | 02/07/08 | 67,349 | - | - | - | 67,349 | Filed after Bar Date: 2/1/2008 |
| Liquidity Solutions (formerly Jones, Steven J.) | 906 | 02/01/08 | 40,044 | 10,000 | - | - | 30,044 | Filed after Bar Date: 8/1/2006 |
| Richardson, Tinae | 907 | 02/11/08 | 10,300 | - | - | - | 10,300 | Filed after Bar Date: 2/1/2008 |
| Francis, Kristin A. | 908 | 02/11/08 | - | - | - | - | - | Filed after Bar Date: 2/1/2008 |
| Narayanan, Balaji | 909 | 02/11/08 | 900 | - | - | - | 900 | Filed after Bar Date: 2/1/2008 |
| Curry, Lori L. | 910 | 02/11/08 | 2,640 | - | - | - | 2,640 | Filed after Bar Date: 2/1/2008 |
| Peters, Elfriede | 912 | 02/15/08 | 3,670 | - | - | - | 3,670 | Filed after Bar Date: 2/1/2008 |
| Liquidity Solutions (formerly Kuska, Amy M.) | 913 | 02/15/08 | 2,220 | - | - | - | 2,220 | Filed after Bar Date: 2/1/2008 |
| Newsome, Damian | 915 | 02/25/08 | 1,600 | - | - | - | 1,600 | Filed after Bar Date: 2/1/2008 |
| OFC Capital Corp. | 916 | 02/01/08 | 7,293 | - | - | - | 7,293 | Filed after Bar Date: 2/1/2008 |
| OFC Capital Corp. | 917 | 02/01/08 | 226,086 | - | - | - | 226,086 | Filed after Bar Date: 2/1/2008 |
| Wilson, Janice | 918 | 02/27/08 | - | - | - | - | - | Filed after Bar Date: 2/1/2008 |
| Zdrojeski, Robert V. | 919 | 02/28/08 | 5,037 | 4,752 | - | - | 285 | Filed after Bar Date: 2/1/2008 |
| Inglis, Heather | 920 | 02/28/08 | 2,958 | 2,958 | - | - | - | Filed after Bar Date: 2/1/2008 |
| Whitmore, Niah | 921 | 03/10/08 | 1,620 | - | - | - | 1,620 | Filed after Bar Date: 2/1/2008 |
| Brzustoski, Rosemary | 923 | 03/11/08 | 46 | - | - | - | 46 | Filed after Bar Date: 2/1/2008 |
| First Financial Corporate Services, Inc | 924 | 03/11/08 | 1,365,458 | - | - | - | 1,365,458 | Filed after Bar Date: 2/1/2008 |
| Conner, Laurence H. | 925 | 03/24/08 | 265 | 265 | - | - | 265 | Filed after Bar Date: 2/1/2008 |
| Applegate, Katherine A. | 928 | 03/27/08 | 1,419 | 1,419 | - | - | - | Filed after Bar Date: 2/1/2008 |
| Applegate, Michael H. | 929 | 03/27/08 | 14,375 | 10,000 | - | - | 4,375 | Filed after Bar Date: 2/1/2008 |
| Reid, Sam | 930 | 03/28/08 | 18,648 | 10,000 | - | - | 8,648 | Filed after Bar Date: 2/1/2008 |
| **Totals for Exhibit [C] Claims - Late Filed** | **33** | | **$ 2,207,865** | **$ 132,418** | **$ -** | **$ -** | **$ 2,079,453** | |