# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| Debtor: | Mortgage Lenders Network USA, Inc. |
| Case Number: | 07-10146-PJW     Chapter: 11 |
| Date / Time / Room: | TUESDAY, OCTOBER 20, 2009 10:30 AM   CRT#2, 6TH FL. |
| Bankruptcy Judge: | PETER J. WALSH |
| Courtroom Clerk: | LORA JOHNSON |
| Reporter / ECR: | NICKITA BARKSDALE |

## Matter:

Omnibus/final fee applications
**R / M #:** 2,969 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 to #5 - Continued to 11/16/09 @ 3:00 p.m.
#6 - Continued to 12/15/09 @ 9:30 a.m.
#7 & #8 - Continued to 11/16/09 @ 3:00 p.m.
#9 - Order due
#10 - Order signed
#11 - Order signed
#12 - Omnibus Order signed approving final fee applications