# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Mortgage Lenders Network USA, Inc. | | |
| **Case Number:** | 07-10146-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 25, 2011 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Motion for authority to destroy certain books and records - continued from 1/24/11

**R / M #:**   3,290 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Revised Order signed