# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>MORTGAGE LENDERS NETWORK USA INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10146 (PJW)<br><br>Re: Docket No. 3279 |

### ORDER (I) AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN RECORDS; ~~AND (II) RELEASING AND EXCULPATING THE LIQUIDATING TRUSTEE AND THE MLN TRUST FROM FUTURE OBLIGATIONS TO RESPOND TO SUBPOENAS AND OTHER REQUESTS CONCERNING SUCH~~ RECORDS



Neil F. Luria, the liquidating trustee (the "Liquidating Trustee") of the chapter 11 estate of Mortgage Lenders Network USA, Inc., having filed a motion (the "Motion")[1] seeking authority to abandon and destroy certain non-essential records and to release and exculpate the Liquidating Trustee and the MLN Trust from future obligations to respond to certain requests;; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY FOUND THAT:

A. This Court has jurisdiction over this matter under 28 U.S.C. § 1334. Adjudication of the Motion is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).

B. The records that the Liquidating Trustee seeks authority to abandon and destroy pursuant to the Motion are comprised of: (1) approximately 11,000 boxes containing (a) loan files and loan-related information concerning loans no longer owned by the Debtor, (b) accounting files of the Debtor, (c) tax-related files of the Debtor, (d) employee records of the Debtor, (e) personnel records of the Debtor's former employees; and (f) files relating to the Debtors' pre-petition assets, litigation, and business transactions; and (2) over 3 terabytes of

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion

1

electronic data containing (a) a substantially complete set of files related to loans that the Debtor originated and/or serviced prior to the Effective Date, (b) Debtor's email records, (c) Debtor's payroll records, and (d) other human resource information of the Debtor (collectively, the "Records"). The Records contain non-public, personal information related to borrowers and the Debtor's former employees.

C. Since the Effective Date, the MLN Trust has continued to receive various requests for information which consist primarily of: (i) *subpoenas duces tecum* for the production of Records in connection with pending or future litigation to which neither the Debtor, the MLN Trust, nor the Liquidating Trustee is a party, and (ii) third party queries for former employee information and various mortgage business-related Records, including assignments and satisfactions of mortgage, deeds, bills of sale, allonges, and deeds of trust (collectively, the "Requests").

D. The MLN Trust has completed all claims reconciliation and adversary litigation.

E. The Records are no longer necessary to the administration of the estate or the MLN Trust.

F. Continued maintenance of the Records and compliance with the Requests is burdensome to the estate and the MLN Trust.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Liquidating Trustee is hereby authorized to abandon and destroy the Records, as of March 27, 2011 (the "Abandonment Date").

3. ~~The Liquidating Trustee and the MLN Trust are released and exculpated from any obligation to respond to any Request made after the Abandonment Date.~~

132578.01600/40193818v.2

 The Court shall retain jurisdiction to interpret and enforce this Order.

Dated: February 25, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

132578.01600/40193818v.2