UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

May 4, 2011

Herbert Weiswasser Mondros
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Counsel for Plaintiffs

James Edward Drnec
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

Counsel for Defendants,
Third Party Plaintiffs

Joanne P. Pinckney
Pinckney, Harris &
Weidinger, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801

Counsel for Third Party
Defendants

**Re:  Mitchell L. Heffernan, et al. v. Steve Patton, et al.
Case No. 1:10-cv00212-MPT**

**In re: Mortgage Lenders Network USA, Inc.
Bankr. D. Del. No. 07-10146-PJW**

Dear Counsel:

This is with respect to Magistrate Judge Thynge's May 2, 2011 Order directing this Court to address the core versus non-core issue. I would appreciate counsel agreeing to a schedule for the submission of briefs addressing the core versus non-core issue.

Very truly yours,

Peter J. Walsh

PJW:ipm