IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MORTGAGE LENDERS | ) | |
| NETWORK USA, INC.,[1] | ) | Case No. 07-10146 (PJW) |
| | ) | |
| Debtor. | ) | Re Docket Nos.: 3317, 3319 & 3323, 3338 |

**ORDER DENYING MOTION OF SOVEREIGN BANK TO COMPEL THE DEBTOR AND/OR LIQUIDATING TRUSTEE, ON BEHALF OF THE DEBTOR, TO COMPLY WITH COURT APPROVED STIPULATION AND ASSIST IN RECTIFYING TITLE AND OWNERSHIP ISSUES OF LOANS REMAINING IN DEBTORS' NAME**

Upon consideration of the (1) *Motion of Sovereign Bank to Compel the Debtor and/or Liquidating Trustee, on Behalf of the Debtor, to Comply With Court Approved Stipulation and Assist in Rectifying Title and Ownership Issues of Loans Remaining in Debtor's Name [Docket No. 3317]* (the "Motion"), (2) the Liquidating Trustee's objection [Docket No. 3319] (the "Objection") to the Motion, and (3) Sovereign Bank's reply [Docket No. 3323] (the "Reply") in support of the Motion, and the Court having held a hearing on the Motion, the Objection and the Reply on January 5, 2012 (the "Hearing"), and considered the arguments of counsel for Sovereign Bank and counsel for the Liquidating Trustee at the Hearing, and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] Debtor's EIN: XX-XXX7394
Debtor's Address: Middlesex Corporate Center, 213 Court Street, 11th Floor, Middletown, CT 06457

DOCS_DE:178146.1 58302-001

ORDERED that the Motion is DENIED for the reasons set forth on the record during the Hearing.

Dated: February 28, 2012

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge