IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MORTGAGE LENDERS NETWORK USA, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10146 (PJW)<br><br>Ref. Docket No. 3312 & 3342 |

## ENTRY OF FINAL DECREE AND ORDER CLOSING CASES

The Court having reviewed the certification of counsel, filed in accordance with the Order Granting Motion of Neil F. Luria, the Liquidating Trustee of the Mortgage Lenders Network Liquidating Trust for an Order Approving (I) Final Distribution, (II) Entry of Final Decree and Procedures in Connection Therewith, and (III) Related Relief [Docket No. 3312] (the "Final Distribution Order")[1], apprising the Court that a final distribution to creditors of the Liquidating Trust's assets has been made, that all outstanding fees owing to the United States Trustee have been paid, and that the Liquidating Trust's assets have been fully administered, and good cause appearing therefor, it is hereby:

**ORDERED** that the Liquidating Trustee may, in its sole discretion, destroy or cause to be destroyed any and all documents remaining in the actual or constructive possession of the Liquidating Trustee (including those in possession of professionals) relating to these Chapter 11 Cases, with the exception of original claims and related information to be provided by the Claims Agent to the Clerk of the Court; and it is further

**ORDERED** that the Liquidating Trustee, the Trust, the members of the Trust Advisory Committee created pursuant to the Plan and Trust Agreement, and their respective predecessors,

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Final Distribution Order.

132578.01600/22120601v.2

successors, affiliates, agents, employees, attorneys, officers, directors, and representatives are hereby released and discharged from their respective duties and obligations in carrying out the terms of the Plan and Confirmation Order and shall have no further responsibilities in connection therewith; and it is further

**ORDERED** that the release and discharge granted hereunder are in addition to, and do not otherwise alter, the releases, exculpations, and injunctions previously provided by this Court pursuant to the Plan and Confirmation Order; and it is further

**ORDERED** that this Order constitutes the final decree in these cases pursuant to Section 350 of the Bankruptcy Code section and Rule 3022 of the Federal Rules of Bankruptcy Procedure and these cases are hereby closed; and it is further

**ORDERED** that this Order is without prejudice to the Court reopening these cases and exercising jurisdiction over any dispute regarding the Debtor or the Liquidating Trust over which it would have had jurisdiction if the cases had not been closed.

Dated: _May 21_, 2012
Wilmington, Delaware

_____
Hon. Peter J. Walsh
United States Bankruptcy Judge